AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched)* )
IN THE MATTER OF THE SEARCH OF 230 W STREET NW, APARTMENT ) Case No. 23-SW-254
#13, WASHINGTON, D.C. 20001, )
UNDER RULE 41 )
) Filed Under Seal
)

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference.

located in the ___Jurisdiction of the___ District of ___Columbia___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year. |

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days *(give exact ending date if more than 30 days:* ___*)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Tre' M. Smith, Special Agent, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___Telephone___ *(specify reliable electronic means)*.

Date: 08/09/2023

*Judge's signature*

City and state: Washington, D.C.          G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means          ☑ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>IN THE MATTER OF THE SEARCH OF 230 W STREET NW, APARTMENT #13, WASHINGTON, D.C. 20001, UNDER RULE 41 | )<br>)<br>)  Case No.  23-SW-254<br>)<br>)  Filed Under Seal<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the   Jurisdiction of the   District of   Columbia
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before     August  23, 2023     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     G. Michael Harvey     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for      days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of                    .

Date and time issued:    08/09/2023                                              
                                                                                                   *Judge's signature*

City and state:       District of Columbia                        G. Michael Harvey, United States Magistrate Judge
                                                                                                   *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>23-SW-254 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br><br>Date: _____                               _____<br>                                                                                            *Executing officer's signature*<br><br>                                                                                            _____<br>                                                                                            *Printed name and title* |

## ATTACHMENT A

*Property to be Searched*

### 230 W Street NW, Apartment #13, Washington, D.C. 20001
### (TARGET PREMISES)

The property to be searched is 230 W Street NW, Apartment #13, Washington, D.C. 20001 (the "TARGET PREMISES"), further described as follows: 230 W Street NW is a three-story apartment building that contains 12 different apartments; four apartments are located on each floor of the building; the TARGET PREMISES is located on the first floor of 230 W Street NW, to the right (as viewed from the front entrance), as depicted below:



*Front of 230 W Street NW, Washington, D.C.*
*(TARGET PREMISES circled in red)*

1

The front entry door for the TARGET PREMISES is brown with a gold knob and bolted lock. The number "13" is affixed to the door above the peep hole, as depicted below:



*Front Entry Door of the TARGET PREMISES*

2

## ATTACHMENT B

*Property to be Seized*

1. The items to be seized are fruits, evidence, information, contraband, or instrumentalities, in whatever form and however stored, relating to violations of 18 U.S.C. § 922(g)(1), Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year (hereinafter the "TARGET OFFENSE"), that have been committed by RASHAUD WILLIAMS, as described in the search warrant affidavit, including, but not limited to:

   a. Weapons, including but not limited to firearms, ammunition, ammunition magazines, bulletproof vests, and firearms-related accessories and paraphernalia including, but not limited to, firearms cleaning kits, sights, holsters, receipts and documentation and records regarding the purchase of firearms and accessories, which constitute tools for the commission of the TARGET OFFENSE.

   b. Records and information that constitute evidence of identity, including but not limited to:

   i. Clothing worn by WILLIAMS in relation to the TARGET OFFENSE, including a white undershirt, black t-shirt, blue jeans, and photographs thereof; and

   ii. Clothing, photographs, or other records or items evidencing WILLIAMS' use of, or being known by, the nickname "Tank".

   c. Photographs of firearms, ammunition, and firearms accessories which constitute evidence of the TARGET OFFENSES.

   d. Records and information that constitute evidence of use, control, ownership, or occupancy of the TARGET PREMISES and things therein.

   e. Records and information that constitute evidence concerning persons who either (i) collaborated, conspired, or assisted (knowingly or unknowingly) the commission of the criminal activity under investigation; or (ii) communicated with WILLIAMS about matters relating to the criminal activity under investigation, including records that help reveal their whereabouts.

   f. Evidence of any conspiracy, planning, or preparation to commit the TARGET OFFENSE.

g. Digital devices, including but not limited to cellular telephones, computers, laptops, iPads and tablets, DVDs, hard drives, and electronic storage devices, and receipts reflecting their ownership and use, which contain records of the commission of the TARGET OFFENSE.

h. Evidence of the use of communication facilities in relation to the TARGET OFFENSE.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF 230 W STREET NW, APARTMENT #13, WASHINGTON, D.C. 20001, UNDER RULE 41** | **Case No.**<br><br>**Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Tre' M. Smith, a Special Agent with the Drug Enforcement Administration, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the premises known as 230 W Street NW, Apartment #13, Washington, D.C. 20001 (hereinafter, the "TARGET PREMISES"), further described in Attachment A, for the things described in Attachment B.

2. I am a Special Agent ("SA") with the United States Department of Justice, Drug Enforcement Administration ("DEA") and have been so employed since April 2019. I am currently assigned to Enforcement Group 45 at the Washington Division Office, located in Washington, D.C. I am an investigative and law enforcement officer of the United States, within the meaning of 18 U.S.C. § 2510(7), and am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516.

3. I have participated in numerous investigations involving the illegal distribution of narcotics and possession/use of firearms, which resulted in the arrests of numerous subjects, the seizure of evidence, property, and assets, and the seizure of narcotics and firearms. I have also been involved in the preparation and execution of numerous narcotics and firearms-related search

3

warrants, many of which have resulted in the seizure of narcotics and controlled substances, firearms, drug paraphernalia, stolen property, monetary assets, and other evidence and contraband. In addition, I have worked with confidential sources and undercover law enforcement officers who provide information about individuals involved in drug trafficking and have become familiar with the ways that drugs are sold. I have learned how cell phones and other digital devices are regularly used to arrange and coordinate the sale of drugs (including coordinating with suppliers and purchases of drugs). Through my experience, I am also aware that drug traffickers and other persons involved in criminal activity commonly possess firearms to assist them in the trafficking of drugs or other criminal conduct. Firearms are used by such persons for protection and intimidation, and such firearms are commonly maintained in secure places, such as residences, stash houses, and vehicles. In addition, drug traffickers and others engaged in criminal conduct commonly travel with their firearm(s) when outside their residence.

4.  Because cell phones contain digital records of these relationships and communications, including but not limited to contacts and text messages, digital devices can contain a great deal of information regarding the illegal activity of persons engaged in a course of criminal conduct, such as a drug trafficker's business.

5.  Through my training and experience, I have become familiar with the methods and techniques associated with the trafficking of firearms. Your affiant knows through training, knowledge, and experience that criminals who unlawfully transfer, sell, possess, and deal in firearms typically discuss anticipated firearm transactions via cell phone. Customers will send photographs of or describe specific firearms they are wanting to purchase. Individuals who straw purchase firearms will sometimes communicate with the actual purchaser via cell phone while they are in the gun store to discuss the firearms available and their prices. Individuals selling firearms

will take photographs of firearms in their supply or firearms accessible to them and send that firearm information to potential customers. Discussions of the anticipated firearm transactions, to include firearm prices, how payment is to be made, and meet times and locations, often occur via cell phone.

6. As a DEA Special Agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States. I have participated in the execution of multiple search warrants in which evidence and instrumentalities of criminal activity have been seized.

7. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, task force officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

8. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 922(g)(1), Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year (hereinafter the "TARGET OFFENSE"), have been committed by RASHAUD WILLIAMS. There is also probable cause to search the TARGET PREMISES described in Attachment A for fruits, evidence, information, contraband, or instrumentalities of the TARGET OFFENSE as described in Attachment B.

**PROBABLE CAUSE**

I. **The August 1, 2023 Incident**

9. On August 1, 2023, Metropolitan Police Department (MPD) was dispatched to a call for an assault involving a firearm at 916 Taylor Street NW, Washington, D.C. (an auto body

shop). MPD Detectives interviewed two victims, Victim-1 and Victim-2 (collectively, the "Victims"), which revealed that a subject, subsequently identified by law enforcement investigation as RASHAUD WILLIAMS, was present at the auto body shop to pick up a vehicle, a grey Honda Accord bearing Virginia license plate TWX9540. Victim-1 provided that Victim-1 is an owner of the auto body shop. Victim-2 provided that Victim-2 is a mechanic at the auto body shop.

10. According to Victim-1 and Victim-2, the son of the vehicle's owner (the SUBJECT) arrived at the auto body shop to pick up the vehicle. The Victims informed the SUBJECT that the vehicle was still being repaired and was not able to be driven away. The Victims stated that the SUBJECT became frustrated due to the vehicle not being repaired. The SUBJECT then made threats to kill the Victims and drew a black handgun from his waistband and pointed the firearm at the Victim.

11. The SUBJECT's mother was also present at the auto body shop during the incident and attempted to de-escalate. Shortly after, the SUBJECT left the location and proceeded into an alley behind 4000 Georgia Avenue NW, Washington, D.C.

12. Victim-1 stated that the SUBJECT was a black male wearing a white undershirt, blue jeans, and a black t-shirt tucked in his waistband. Victim-1 further stated that the SUBJECT goes by the nickname "Tank."

13. Victim-2 stated that the subject was a black male, medium build with facial hair, wearing a white tank top, blue jeans, and sneakers. Victim-2 further stated that Victim-2 knows the subject as "Tank" and has known the SUBJECT for approximately 15 years.

14.  A vehicle registration check on Virginia license plate TWX9540 returned a 2004 Honda with the associated VIN: 1HGCM56644A174228 and a registered owner of Jeannine Williams, at address 230 W Street NW, Apt #13 Washington, DC 20001.

15.  Following the incident, MPD Detectives showed a recent booking photo of WILLIAMS to Victim-2, who stated: "That's him, he looks the same right now."

16.  In addition, your affiant is aware that RASHUAD WILLIAMS uses an Instagram account with the username "datttnigga_tank", which includes the nickname "Tank" in the username.

17.  On August 2, 2023, RASHAUD WILLIAMS was arrested by MPD for assault with a dangerous weapon-gun. At the time of the arrest, MPD officers did not locate any firearms on WILLIAMS' person. WILLIAMS is an interstate felony offender out of Maryland and is currently on probation and under high intensity supervision.

18.  A criminal history search revealed that WILLIAMS was previously convicted of Robbery in the Circuit Court for Prince George's County, Maryland, Case No. CT200406X. On September 29, 2020, WILLIAMS was sentenced to 10 years of imprisonment (eight years suspended) and four years of supervised probation for that offense. Therefore, WILLIAMS is prohibited from purchasing and possessing firearms and ammunition under federal law.

II.  **The Identification of the TARGET PREMISES**

19.  The investigation has revealed that WILLIAMS has been supervised by the Court Services and Offender Supervision Agency (CSOSA) since December 2022. WILLIAMS provided the TARGET PREMISES as his residence to CSOSA. Between December 2022 and July 2023, CSOSA has conducted four home visits, specifically on (1) February 16, 2023, (2) March 30,

2023 (3) April 22, 2023, and (4) July 27, 2023. Each time WILLIAMS was present at the TARGET PREMISES. WILLIAMS has not disclosed any other dwelling residence to CSOSA.

20. Between March 17, 2023, and May 4, 2023, WILLIAMS was wearing an electronic monitoring bracelet.[1] The following dates and times summarize times when WILLIAMS was located in or near by TARGET PREMISES.[2]

| HISOTRICAL ELECTRIC MONITORING RECORDS of RASHAUD WILLIAMS | | |
|---|---|---|
| DATE | TIME | ADDRESS |
| March 18, 2023 | 1:15 a.m. - 3:05 a.m. | 230 W Street NW |
| March 19, 2023 | 3:05 a.m. - 6:04 p.m. | 230 W Street NW |
| March 20, 2023 | 1:00 a.m. - 10:00 a.m. | 230 W Street NW |
| March 29-30, 2023 | 10:32 p.m. - 6:59 a.m. | 230 W Street NW |
| April 1, 2023 | 5:27 a.m. - 10:04 a.m. | 230 W Street NW |
| April 8-9, 2023 | 9:24 p.m. - 12:51 p.m. | 230 W Street NW |
| April 16, 2023 | 3:37 a.m. - 10:00 a.m. | 230 W Street NW |
| April 24-25, 2023 | 9:30 p.m. - 8:00 a.m. | 230 W Street NW |
| May 4, 2023 | 2:00 a.m. - 9:00 a.m. | 230 W Street NW |

21. Together, CSOSA's supervision records of WILLIAMS' residence, including WILLIAMS' GPS location monitoring records and CSOSA home visits between February 2023 and July 2023 at which WILLIAMS was present, demonstrate that WILLIAMS resides at the TARGET PREMISES. In addition, based on my training and experience and the information

---

[1] An electronic monitoring bracelet is a CSOSA device geo-coded with location determination based on a high degree radius of the user being in and around the vicinity of the ping.

[2] Based on the frequency of WILLIAMS' location being at or in close proximity to the TARGET PREMISES, all instances are not included in this summary.

8

revealed in the course of this investigation, there is likely to be evidence of the TARGET OFFENSE at the TARGET PREMISES.

22. Based on the foregoing, your Affiant believes there is probable cause to establish that WILLIAMS was residing at the TARGET PREMSIES prior to the August 1, 2023, incident and his subsequent arrest on August 2, 2023. In addition, your Affiant therefore believes that evidence of the TARGET OFFENSE, including specifically the firearm brandished by WILLIAMS during the August 1, 2023, incident; the clothing (blue jeans, black t-shirt, and white undershirt) worn by WILLIAMS during the August 1, 2023, incident; records and information revealing WILLIAMS' use of, or being known as, the nickname "Tank," and other evidence as set forth in Attachment B is located in the TARGET PREMISES.

## CONCLUSION

23. I submit that this affidavit supports probable cause for a warrant to search the TARGET PREMISES described in Attachment A and to seize the items described in Attachment B.

Respectfully submitted,

Tre' M. Smith
Special Agent
Drug Enforcement Administration

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 9, 2023.

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

9